# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                    Case Number: 4:21−cr−00016

E I Du Pont De Nemours and Co
Kenneth J Sandel

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to E I Du Pont De Nemours and Co, Kenneth J Sandel as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/24/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: March 14, 2023                                    Nathan Ochsner, Clerk