# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:21-CR-16 |
| § | |
| E.I. DU PONT DE NEMOURS AND CO. § | |
| and § | |
| KENNETH J. SANDEL § | |

## NOTICE OF CHANGE OF FIRM NAME

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective March 21, 2023, the law firm Ramsey & Ehrlich LLP dissolved as a business entity. Amy Craig and Miles Ehrlich, counsel for Kenneth J. Sandel, were previously partners of the firm Ramsey & Ehrlich LLP. Ms. Craig and Mr. Ehrlich are continuing to practice law under their newly created firm, Ehrlich & Craig LLP. Counsel's current contact information is as follows:

> MILES EHRLICH (Cal. Bar No. 237954)
> miles@ehrlich-craig.com
> AMY E. CRAIG (Cal. Bar No. 269339)
> amy@ehrlich-craig.com
> EHRLICH & CRAIG LLP
> 803 Hearst Avenue
> Berkeley, CA 94710
> (510) 548-3600 (Tel)
> (510) 291-3060 (Fax)

The undersigned attorneys file this Notice of Change of Firm Name and request that the Court's docket in the above matter be updated accordingly.

-2-

April 17, 2023                                      Respectfully submitted,

                                                    EHRLICH & CRAIG LLP


                                                    */s/ Miles Ehrlich*
                                                    Miles Ehrlich
                                                    Amy Craig
                                                    Counsel for Kenneth Sandel