UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:21-CR-16 |
| | § | |
| E.I. DU PONT DE NEMOURS AND CO. | § | |
| and | § | |
| KENNETH J. SANDEL | § | |

## WRITTEN WAIVER OF PRESENTENCE REPORT

Defendant EIDP, Inc., fka E.I. Du Pont de Nemours and Co. has moved to waive the Presentence Report under Local Rule 32.1 and Fed. R. Crim. P. 32(c)(a)(A)(ii), which the Court granted. As directed by the Court, Defendant DuPont hereby waives the preparation of a Presentence Report and consents to being sentenced without a Presentence Report.

-2-

Respectfully submitted,

/s/ David Gerger
David Gerger
dgerger@gkfirm.com
Ashlee McFarlane
amcfarlane@gkfirm.com
**GERGER HENNESSY &**
**McFARLANE, LLP**
1001 Fannin St. Suite 2450
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Facsimile

Lily N. Chinn
lily.chinn@bakerbotts.com
**BAKER BOTTS**
101 California Street Suite 3600
San Francisco, California 94111
415.291.6214 – Telephone
415.291.6314 – Fax

Nadira Clarke
nadira.clarke@bakerbotts.com
Steve Solow
steve.solow@bakerbotts.com
**BAKER BOTTS**
700 K Street, N.W.
Washington, D.C.  20001
202.639.7700 – Telephone
202.639.7890 - Fax

**ATTORNEYS FOR DEFENDANT**
**E.I. DU PONT DE NEMOURS AND CO.**

Agreed:

/s/ Thomas A. Warnock
Thomas A. Warnock
Associate General Counsel
Corporate Representative for Defendant EIDP, Inc.
fka E.I. DuPont de Nemours and Co

-3-

## CERTIFICATE OF SERVICE

I have filed this pleading with the Clerk of Court using the CM/ECF system, which will serve a copy on counsel of record.

/s/ David Gerger
David Gerger