# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.        § | CRIMINAL NO. 4:21-CR-16 |
| § | |
| E.I. DU PONT DE NEMOURS AND CO. § | |
| and    § | |
| KENNETH J. SANDEL    § | |

## WRITTEN WAIVER OF KEN SANDEL OF PRESENTENCE REPORT

Defendant Ken Sandel has moved to waive the Presentence Report under Local Rule 32.1 and Fed. R. Crim. P. 32(c)(a)(A)(ii), which the Court granted. As directed by the Court, Defendant Sandel hereby waives the preparation of a Presentence Report and consents to being sentenced without a Presentence Report.

Respectfully submitted,

/s/ Amy Craig
Amy Craig
Ehrlich Craig LLP
803 Hearst Ave.
Berkeley, CA 94710

**ATTORNEY FOR DEFENDANT SANDEL**

Agreed:

/s/ Kenneth Sandel
Kenneth Sandel

-2-

**CERTIFICATE OF SERVICE**

      I have filed this pleading with the Clerk of Court using the CM/ECF system, which will serve a copy on counsel of record.

      /s/ Amy Craig
      Amy Craig